The relief described hereinbelow is SO ORDERED.

Signed June 14, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-50444-RBK-13 |
| | § | |
| PATRICIA ANN BERKERIDGE, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | § § § | |
|    Movant | § | HEARING DATE: 06/14/2010 |
| | § | |
| v. | § | TIME: 09:00 AM |
| | § | |
| PATRICIA ANN BERKERIDGE; MARY K. VIEGELAHN, Trustee | § § | |
|    Respondents | § | JUDGE RONALD B. KING |

### AGREED ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay. The Court is advised that Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to

Movant on the following described property, to wit:

LOT 29, BLOCK 46, LIVE OAK VILLAGE, UNIT 14, CITY OF LIVE OAK, BEXAR COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 6800, PAGE 41, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure

is hereby waived and U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN

INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ CHERI ABBAGE

CHERI ABBAGE
TX NO. 24010302
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 386-7673
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

J TODD MALAISE
909 NE LOOP 410
SUITE 300
SAN ANTONIO, TX 78209

ATTORNEY FOR DEBTOR

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT 29, BLOCK 46, LIVE OAK VILLAGE, UNIT 14, CITY OF LIVE OAK, BEXAR COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 6800, PAGE 41, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ CHERI ABBAGE

| CHERI ABBAGE | KRISTINA L. GONZALES |
| --- | --- |
| TX NO. 24010302 | 909 NE LOOP 410 |
| 1900 ST. JAMES PLACE SUITE 500 | SUITE 300 |
| HOUSTON, TX 77056 | SAN ANTONIO, TX 78209 |
| Telephone: (713) 621-8673 | |
| Facsimile: (972) 386-7673 | ATTORNEY FOR DEBTOR |
| E-mail: WDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |